

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. **21-MJ-3059** |
| Plaintiff, | |
| v. | **COMPLAINT FOR VIOLATION OF:** |
| | Title 8, USC 1324(a)(1)(A)(i) Attempted Bringing In Illegal Aliens At Other Than Port Of Entry |
| Emmanuel PEREZ-Lopez, Alan GARNICA-Colin, Jorge MACEDO-Aguirre, | Title 8, USC 1326 Attempted Entry After Deportation |
| Defendants. | |

The undersigned complainant being, duly sworn, states:

### Count One

On or about July 25, 2021, within the Southern District of California, defendants Emmanuel PEREZ-Lopez and Alan GARNICA-Colin, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Maria Margarita HERNANDEZ-Rosas, Reyna MARTINEZ-Juarez, and Marina VARGAS-Larios had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said aliens at a place other than a designated Port Of Entry or place other than as designated by the commissioner; in violation of Title 8, United States Code, Section 1324(a)(l)(A)(i).

Count Two

On or about July 25, 2021, within the Southern District of California, defendant Jorge MACEDO-Aguirre, an alien, who previously had been excluded, deported and removed from the United States, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near San Diego, California, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant'sreapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Anthony Martinez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JULY 26, 2021

_____
HON. MICHAEL S. BERG
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Emmanuel PEREZ-Lopez,
Jorge MACEDO-Aguirre, Alan GARNICA-Colin

**PROBABLE CAUSE STATEMENT**

The complainant states that Maria Margarita HERNANDEZ-Rosas, Reyna MARTINEZ-Juarez and Marina VARGAS-Larios, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On July 25, 2021, Supervisory Border Patrol Agent J. Gutierrez and Supervisory Border Patrol Agent T. Macias were conducting plain-clothes assigned duties at the Imperial Beach Border Patrol Station. At approximately 11:30 AM, the Joint Harbor Operations Center (JHOC) observed three jet skis heading northbound and traveling a high rate of speed from the International Maritime Boundary. The JHOC operator relayed that they observed approximately five individuals disembark the jet skis in Silver Strand State Beach. Agent Gutierrez and Agent Macias started looking for the group and encountered one individual on the shore making head nods and hand gestures out towards a group of swimmers in the water. At the time, Agent Gutierrez and Agent Macias did not believe this was the group because JHOC stated the last location of the group was further south of the swimmers. Agent Gutierrez and Agent Macias continued southbound searching for the group with the assistance of the lifeguard and encountered a citizen. Agent Gutierrez asked the citizen if he had seen a jet ski recently. The citizen stated yes and pointed north. Agent Gutierrez headed back towards his previous location and encountered the initial group of swimmers from earlier, which were four females and two males. Agent Gutierrez instructed the group to exit the water. The two males, later identified as defendants Emmanuel PEREZ-Lopez and Jorge MACEDO-Aguirre, broke away from the group and started to head north, ignoring Agent Gutierrez's commands. After ignoring several commands, PEREZ and MACEDO exited the water and walked towards Agent Gutierrez. This area is approximately six miles north of the United States/ Mexico International Boundary, and five miles west of the San Ysidro, California Port of Entry. At this time, Agent Gutierrez placed his agency issued badge around his neck, identified himself as a United States Border Patrol Agent and conducted an immigration inspection. PEREZ and MACEDO stated that they are citizens of Mexico. MACEDO stated that he did not possess any documents that would allow him to enter or remain in the United States legally. At approximately 12:10 PM, Agent Gutierrez placed MACEDO under arrest. PEREZ stated that he does posses a visa that would allow him to enter or remain in the United States legally, but did not have it on him at the current time. At approximately 12:11 PM, Agent Gutierrez placed PEREZ under arrest. Agent Macias encountered and conducted an immigration on the four females, including

CONTINUATION OF COMPLAINT:
Emmanuel PEREZ-Lopez,
Jorge MACEDO-Aguirre, Alan GARNICA-Colin

material witnesses, Maria Margarita HERNANDEZ-Rosas, Reyna MARTINEZ-Juarez, and Marina VARGAS-Larios. The four individuals, stated that they are citizens of Mexico and did not possess any documents that would allow them to enter or remain in the United States legally. At approximately 12:10 PM., Agent Macias placed the four individuals under arrest.

While Agent Macias was completing the arrest, Agent Macias noticed another individual near him in all black clothing and watching him. Agent Macias approached the individual, later identified as defendant, Alan GARNICA-Colin, and conducted an immigration inspection. GARNICA implied that he was a United States citizen by stating he was born in San Diego, CA. Agent Macias asked GARNICA if he had any identification. GARNICA stated he had it inside his vehicle, but could not get inside his vehicle because his friend, PEREZ, had his keys and was currently detained by Agent Gutierrez. At approximately 12:20 PM, Agent Macias placed GARNICA under arrest.

The defendant, Emmanuel PEREZ-Lopez, was read his Miranda Rights. PEREZ understood and was willing to speak without an attorney present. PEREZ stated he possesses a valid visitor's visa, but did not have it with him because he did not want to lose it. PEREZ stated he last crossed into the United State legally on July 15, 2021 and had been living inside his car in the United States for the last two weeks. PEREZ stated he was going to be paid $500 USD per person he smuggled. PEREZ stated he was to meet a woman named Paty at a McDonald's in Chula Vista, CA and turn over the illegal immigrants.

The defendant, Alan GARNICA-Colin, was read his Miranda Rights. GARNICA understood and was willing to speak without an attorney present. GARNICA stated he entered the United States illegally on June 2, 2021, near Tecate, CA. GARNICA admitted to participating in previous smuggling events as well as the one today. GARNICA stated he was to meet the illegal immigrants once they get off the jet skis and guide them to chairs on the beach and someone else would finish the guiding. GARNICA would make $200 USD per person he helped smuggled.

Material witnesses, HERNANDEZ, MARTINEZ, and VARGAS, admitted to being citizens of Mexico illegally present in the United States and not having any documents that would allow them to enter or remain in the United States legally. HERNANDEZ, MARTINEZ, and VARGAS admitted to making smuggling arrangements, and agreed to pay in between $8,000-$15,000 USD if successfully smuggled into the United States. MARTINEZ and VARGAS were provided life vests. MARTINEZ and VARGAS were presented with a photo lineup of several

CONTINUATION OF COMPLAINT:
Emmanuel PEREZ-Lopez,
Jorge MACEDO-Aguirre, Alan GARNICA-Colin

individuals detained. MARTINEZ and VARGAS were not able to identify anyone out of the photo lineup.

HERNANDEZ was not presented with a photo lineup.

Routine record checks of MACEDO revealed a criminal and immigration history. MACEDO's record was determined by a comparison of his criminal record and MACEDO's current fingerprints. Official immigration records of the Department of Homeland Security revealed MACEDO was previously deported to Mexico on September 10, 2012, through Hidalgo, Texas. These same records show that the MACEDO has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.